

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00324-CV

Angela **MOORE** a/k/a Angela Christine Roberts, Individually and as Representative of the Estate of Alexandra Elisabeth Anderson, Deceased, Jesse Amaya, and Jason Hays, Appellants

v.

**STRIKE, LLC**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 16-03-55764-CV
Honorable Richard C. Terrell, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

We order that appellee Strike, LLC to recover its appellate costs, if any, from appellants, Angela Moore a/k/a Angela Christine Roberts, Individually and as Representative of the Estate of Alexandra Elisabeth Anderson, Deceased, Jesse Amaya, and Jason Hays.

SIGNED January 11, 2017.

_____
Marialyn Barnard, Justice